

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,836-01

### EX PARTE BENITO DAVILA, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO.15143C-A IN THE 29TH DISTRICT COURT
### FROM PALO PINTO COUNTY

YEARY, J., filed a concurring opinion, in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___

S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I

join in the Court's disposition of this case.

FILED: June 29, 2016
DO NOT PUBLISH